UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT LOMAS,

         Plaintiff,

    v.

SUNBELT RENTALS, INC.,

         Defendant.

Case No. 25-cv-08235-AMO

**ORDER TO SHOW CAUSE**

On January 16, 2026, the Court issued a Scheduling Order in the above-captioned case. Dkt. No. 14. The Scheduling Order set January 20, 2026 as the deadline for (1) plaintiff to file its Disclosure of Conflicts, Interested Entities and Persons, and Citizenship and (2) the parties to file their ADR certifications. *Id.* at 1. The Scheduling Order also states:

> The Court notes that the parties failed to take any action in response to the ADR Clerk's Notice issued January 2, 2026, which alerted the parties of their failure to file the ADR Certification required by ADR L.R. 3-5(b). Dkt. No. 11. Failure to act in compliance with this order will result in sanctions.

*Id.* at 1 n.1.

Notwithstanding the above, Plaintiff has yet to comply. He has submitted neither of the filings due January 20, 2026. Defendant, however, has filed its ADR certification, though on January 21, 2026 instead of January 20, 2026. Dk. No. 16. Given Plaintiff's continued non-compliance, he is **ORDERED TO SHOW CAUSE** why he should not be sanctioned for failure to comply with the Court's January 20, 2026 deadline.

///

///

1

By no later than noon on February 17, 2026, Plaintiff shall file a written response to this Order to Show Cause.  The response shall not exceed 3 pages.

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California